COMMONWEALTH of Pennsylvania,
Respondent

v.

Markel DAVIS, Petitioner

No. 502 EAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

## ORDER

PER CURIAM

**AND NOW,** this 20th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**